HENRY W. JOHNSON et al., Respondents, *v.* THE FIRST NATIONAL BANK OF HOBOKEN, Appellant.

(Argued January 18, 1877; decided January 30, 1877.)

REPORTED below, 6 Hun, 124.

*E. L. Fancher* for the appellant.

*John E. Parsons* for the respondents.

Agree to affirm on opinion of DANIELS, J., in court below. No opinion.

All concur.

Judgment affirmed.